| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897<br>Chief Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710<br>ben_galloway@fd.org |
| 5 | |
| 6 | Attorney for Defendant<br>ANTONIO TAWAN BANKHEAD |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTONIO TAWAN BANKHEAD,<br>Defendant. | Case No. 2:19-cr-00207-TLN<br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br>DATE: February 20, 2020<br>TIME 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Timothy Delgado, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Chief Assistant Federal Defender Benjamin D. Galloway, attorneys for Antonio Tawan Bankhead, that the status conference scheduled for February 20, 2020 at 9:30 a.m. be continued to March 26, 2020 at 9:30 a.m.

This continuance is requested to allow defense counsel additional time to review discovery with the defendant, to continue investigating the facts of the case, and to review legal issues and case materials.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of from the date the parties stipulated through and including March 26, 2020 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv)[reasonable time to prepare], General Order 479, Local

Stipulation and Order to Set Status Conference     -1-

Code T4 based upon continuity of counsel and defense preparation.

DATED: February 18, 2020          Respectfully submitted,
                                  HEATHER E. WILLIAMS
                                  Federal Defender

                                  */s/ Benjamin D. Galloway*
                                  Benjamin D. Galloway
                                  Chief Assistant Federal Defender
                                  Attorney for ANTONIO TAWAN BANKHEAD

DATED: February 18, 2020          MCGREGOR W. SCOTT
                                  United States Attorney

                                  */s/ Timothy Delgado*
                                  TIMOTHY DELGADO
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant the requested date in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice is served by granting the requested date and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 26, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], General Order 479, and (Local Code T4). **It is further ordered** that the status conference shall be set to March 26, 2020, at 9:30 a.m.

Dated: February 18, 2020

Troy L. Nunley
United States District Judge