

**FILED**

**August 7, 2024**

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ANTONIO TAWAN BANKHEAD

        Defendant.

Case No.  2:19-cr-0207 TLN

**ORDER FOR RELEASE OF**
**PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

    This is to authorize and direct you to release ANTONIO TAWAN BANKHEAD

Case No.  2:19-cr-0207 TLN  Charges 18 USC § 3606 from custody for the following

reasons:

        <u>  X  </u>  Release on Personal Recognizance

        <u>     </u>  Bail Posted in the Sum of $ _____

                <u>     </u>  Unsecured Appearance Bond $ _____

                <u>     </u>  Appearance Bond with 10% Deposit

                <u>     </u>  Appearance Bond with Surety

                <u>     </u>  Corporate Surety Bail Bond

                <u>     </u>  (Other):<u>  </u>

Issued at Sacramento, California on August 7, 2024 at 2:12 PM

        By:   /s/ Carolyn K. Delaney
            _____

            Chief Magistrate Judge Carolyn K. Delaney